## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

HAROLD KING,                                                    Civil No. 12-2870 (JRT/AJB)

                Plaintiff,

v.                                                              **ORDER ADOPTING REPORT
                                                                AND RECOMMENDATION**

WHOLE FOODS, INC.,
                Defendant,

_____

      Harold King, 3605 France Avenue North, Robbinsdale, MN 55422, pro se plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan [Docket No.2], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED that:**

    1.  Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

    2.  This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: January 4, 2013
at Minneapolis, Minnesota                                    __ s/John R. Tunheim_____
                                                             JOHN R. TUNHEIM
                                                   United States District Judge